# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:10CV07 |
| v. | ) | |
| | ) | ORDER TO SEAL FILE |
| JEREMY GILLAM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before this Court on the Motion to Seal File (Filing No. 14) in the above-captioned proceedings for the limited purpose of obtaining a Writ of Garnishment. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Seal File (Filing No. 14) is granted.

2. The Clerk of the District Court shall seal the Motion to Seal File and all further flings in this action until the issuance of the Writs of Garnishment in this action at which time the documents filed pursuant to this Order shall be unsealed and placed in the court file. The Clerk of District Court will serve a copy of this order and the Order to Issue Writ of Continuing Garnishment of the United States of America.

DATED this 27th day of January, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge