**SEALED**

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
MAR - 7 2011
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | 8:10CV7 |
| Jeremy Gillam,<br>    Defendant(s), | ) ) ) ) | |
| and | ) ) ) | |
| Exchange Bank,<br>    Garnishee. | ) ) ) | |

## ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Exchange Bank, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Exchange Bank, whose address is 1204 Allen Dr, Grand Island, NE 68803.

DATED this 7th day of March, 2011.

BY THE COURT:

_____
Magistrate JUDGE, U. S. DISTRICT COURT