IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | |
| JEREMY GILLAM, | 8:10CV7 |
| Defendant, and | |
| AMUR FINANCE EQUIPMENT | |
| Garnishee. | |

**ORDER TO ISSUE WRIT OF GARNISHMENT**

This matter comes before this Court on the Application For Writ of Garnishment ([Filing No. 32](#)) of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Amur Finance, the garnishee, and for good cause shown,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a Writ of Garnishment against Amur Finance, whose address 308 North Locust Street, Grand Island, NE 68801.

DATED this 28th day of August, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge